**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHIRA NEWMARK,

                Plaintiff,                      22 **CIVIL** 10280 (JW)

      -v-                             **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 26, 2024, Plaintiff's Motion (Dkt. No. 13) is GRANTED. This case is remanded to the Social Security Administration for further proceedings. Accordingly, the case is closed.

**Dated:** New York, New York

     March 27, 2024

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                       **BY:**

                                                        **Deputy Clerk**