**Law Office of**

**LEWIS B. INSLER**

**7 Woodbridge Park Drive**
**Asheville, North Carolina 28803**

Admitted in New York
and Federal Courts
Practice Limited to Federal Court
Matters in New York and Connecticut

The request is GRANTED.
SO ORDERED.

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
July 6, 2026

July 1, 2026

Hon. Jennifer E. Willis, USMJ
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: 1:22-CV-10280 (JW)

Dear Judge Willis,

I am plaintiff's attorney in the above Social Security disability matter that was remanded by your honor some time ago. On June 29th Administrative Counsel made me aware that the plaintiff has objected to his fee petition wherein he requested the entire amount that has been withheld by statute for possible attorney fees.

I have over 30 hours of time on this matter and was awarded and received a fee under EAJA of $8300. (Docket #20) Thus I may request an additional fee under 42 USC 406(b), depending on the amount that is ultimately approved by the ALJ as the administrative fee.

Therefore, I am writing to ask that the court equitably toll the 14 day period to file for attorney fees under 42 USC 406(b) until such time as the administrative fee is decided and I can determine if a petition for 406B fees is warranted. This tolling is necessary based upon the Second Circuit decision in Sinkler v Berryhill, 932 F 3d 83 (2d Cir 2019) which requires that the petition under 406(b) be filed within 14 days of the date the attorney receives the Notice of Award but that "district Courts are empowered to enlarge that filing period when circumstances warrant." Sinkler at 93.

Not only did I not receive the Notice of Award until yesterday, but Gabriel Hermann, the administrative counsel, did not receive it until May 26th although it is dated April 12th, and the plaintiff herself received it in a timely fashion. (Notice of Award attached electronically)

Furthermore under the terms of my retainer agreement with the Plaintiff, the total administrative and Federal Court fees cannot exceed the 25% that is withheld and my fee is secondary to any administrative fee. (Retainer Agreement electronically attached.) Thus when Mr. Hermann initially advised me that he was requesting the full amount withheld I did not file a Fee Petition. However as there is now a distinct possibility that there will be sufficient funds available for me to file for a 406B fee, I feel it is necessary to make this request; as it will take some time for a decision to be made regarding the administrative fee. At the very least, if an actual order is not deemed necessary, I felt it important to make the court aware that a petition may be filed quite some time after the Notice of Award was issued and received.

I thank the court for its attention to this matter and look forward to your determination concerning this motion.

Respectfully submitted,



Lewis B. Insler (li5441)